IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH L. ROYAL, | ) | 4:08CV3239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TRISTA FLORES, Licensed | ) | |
| Practicing Nurse, in her official and | ) | |
| individual capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Voluntarily Dismiss Defendants. (Filing No. 15.) In his Motion, Plaintiff seeks to dismiss Defendants Regional West Community Health and Medical Health Provider/Administrator from this action. (*Id.*) For good cause shown, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Voluntarily Dismiss Defendants (filing no. 15) is granted.

2. The Clerk of the court is directed to terminate Defendants Regional West Community Health and Medical Health Provider/Administrator as Defendants from this matter.

March 6, 2009.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge