IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH L. ROYAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3239 |
| | ) | |
| V. | ) | |
| | ) | |
| HARRIS, Correctional Officer, in his individual and official capacity, TRISTA FLORES, Licensed Practising Nurse, in her official and individual capacity, BRUCE MEIER, Disciplinary Hearing Officer, in his individual and official capacity, SEAN SUHR, Classification officer, in his individual and offiicial capacity, JEREMIAH BRETHAVER, Opperations Coordinator, in his official and individual capacity, EDDIE BLANCO, Medical Liaison, in his official and individual capacity, JANE DOE, Registered Nurse, in her official and individual capacity, and MONA LOPEZ, Correctional Officer, in her official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's motion for extension of time to respond to Defendants' motion for summary judgment (filing 56). Upon Plaintiff's representation that Defendants do not object to said motion, the motion shall be granted.

IT IS ORDERED that Plaintiff shall file his brief and any evidentiary materials responding to Defendants' motion for summary judgment on or before March 18, 2010.

March 15, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge