IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH L. ROYAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3239 |
| | ) | |
| V. | ) | |
| | ) | |
| HARRIS, Correctional Officer, in his individual and official capacity, TRISTA FLORES, Licensed Practising Nurse, in her official and individual capacity, BRUCE MEIER, Disciplinary Hearing Officer, in his individual and official capacity, SEAN SUHR, Classification officer, in his individual and offiicial capacity, JEREMIAH BRETHAVER, Opperations Coordinator, in his official and individual capacity, EDDIE BLANCO, Medical Liaison, in his official and individual capacity, JANE DOE, Registered Nurse, in her official and individual capacity, and MONA LOPEZ, Correctional Officer, in her official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

      This matter is before the court on Plaintiff's "motion for extension of time to file objections to exhibits filed in support of Defendants' reply brief and to respond if necessary to new issues raised in reply brief." (Filing 67.) It is not apparently clear what relief Plaintiff seeks through his motion. However, the court will grant the motion to the extent that Plaintiff is requesting to file a sur-reply brief in response to

Defendants' reply brief (filing 64).

IT IS ORDERED that Plaintiff must file its responsive brief, and any evidence in support thereof, on or before April 2, 2010.  No further extensions of time will be permitted.

March 30, 2010.

                              BY THE COURT:
                              *Richard G. Kopf*
                              United States District Judge