# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KENNETH L. ROYAL,** | 4:08CV3239 |
| Plaintiff, | |
| v. | |
| **CORRECTIONAL OFFICER HARRIS,** in his individual and official capacities, et al., | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter came before the Court upon the Motion to Substitute Counsel, (filing no. 81), signed by defendant Trista Flores' current counsel, Vincent Valentino, and her proposed new counsel, Paul E. Hofmeister and the law firm of Chaloupka, Holyoke, Hofmeister, Snyder and Chaloupka, P.C., L.L.O. Having considered the motion,

IT IS ORDERED:

1) The motion to substitute counsel, (filing no. 81), is granted.

2) Vincent Valentino is granted leave to withdraw as counsel for Defendant Trista Flores only. Mr. Valentino remains counsel of record for the remaining defendants not otherwise been dismissed from this case.

3) Paul E. Hofmeister and the law firm of Chaloupka, Holyoke, Hofmeister, Snyder and Chaloupka, P.C., L.L.O. are substituted as counsel of record for Defendant Trista Flores.

June 17, 2010.   s/ *Cheryl R. Zwart*
United States Magistrate Judge